IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk                    Date: March 2, 2007
Therese Lindblom, Court Reporter
Laura Ansart, Probation Officer

Criminal Action No. 06-cr-00393-EWN

*Parties:*                                        *Counsel:*

UNITED STATES OF AMERICA,                Gregory Holloway

      Plaintiff,

v.

1. DAVID RAYE BREWER,                    Edward Harris

      Defendant.

---

## SENTENCING MINUTES

---

**3:33 p.m.**        Court in session.

**Defendant pled guilty on December 15, 2006, to Count 1 of the Indictment.**

Mitigation statement by Mr. Harris.

Statement by Mr. Holloway.

Court's findings.

**ORDERED:  1.        No fine is imposed.**

**ORDERED:  2.        Defendant shall serve a term of three years on probation.**

*Sentencing Minutes*
*06-cr-00393-EWN*
*Judge Edward W. Nottingham*
*Page 2 of 3*

**ORDERED:  3.**     **Conditions of probation are:**

        **a.**     **Defendant is to observe all of the standard conditions of probation.**

        **b.**     **Defendant is not to possess any firearm, destructive device or any other dangerous weapon as defined by federal or state statute.**

        **c.**     **Defendant is not to illegally possess or use controlled substances.**

        **d.**     **The drug testing condition is suspended.**

        **e.**     **Defendant is not to commit a federal, state, or local crime.**

        **f.**     **Defendant shall cooperate in the collection of DNA as directed by the probation officer.**

        **g.**     **Defendant shall serve a term of four months on home detention, to commence within twenty-one days of the date of sentencing.  During this time the defendant shall remain at his place of residence except for employment and other activities approved in advance by the probation officer.  The period of home detention is to be enforced by electronic monitoring. Defendant shall maintain a telephone at his place of residence without any special services, modems, answering machines, or cordless telephones for the above period.  Defendant shall wear an electronic monitoring device and shall observe the rules specified by the Probation Department.  Defendant shall pay the cost of electronic monitoring as directed by the probation officer.**

**ORDERED:  4.**     **Defendant shall pay a special assessment fee of $100 due immediately.**

**ORDERED:  5.**     **The plea agreement is accepted.**

**ORDERED:  6.**     **Government's Amended Motion for Downward Departure (#21, filed February 27, 2007) is DENIED as moot.**

**ORDERED:   7.    Government's Motion for Acceptance of Responsibility (#19, filed February 27, 2007) is GRANTED.**

**ORDERED:   8.    Government's Motion to Dismiss Count 2 of the Indictment as it Relates to Defendant Brewer Only (#20, filed February 27, 2007) is GRANTED.**

Defendant is advised of his right to appeal.

**3:53 p.m.**    Court in recess.

Hearing concluded.

Total time in court:    00:20